In the Matter of the Claim of CHARLES WISCHMAN, Appellant, against BERRICK-MEYER and THE STANDARD ACCIDENT INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Ordered that the decision handed down on March 13, 1940 [ante, p. 766], be amended to read as follows: Appeal from a decision of the State Industrial Board, dated October 18, 1939, made under the Workmen's Compensation Law, which reversed an award of compensation previously granted by a referee and dismissed the claim on the ground that the claimant did not receive an accidental injury arising out of and in the course of his employment. Claimant was employed as a janitor and resided across the street from his place of employment. He went home for supper and while crossing the street on his return from his apartment to his place of employment to attend the fire was struck by an automobile and injured. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ADLER'S QUALITY MILK, INC., Respondent, v. HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Appellant. SAMUEL ADLER, INC., Respondent, v. HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Appellant.— Motions for leave to appeal to the Court of Appeals denied, with costs. Attention is called to the fact that a copy of the decision of this court is not attached to the motion papers as required by rule 16. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.